IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fatoumata Ouedraogo<br>    Plaintiff,<br><br>v.<br><br>Leopold Bonkoungou and Lucile Bonkoungou Ouedraogo,<br>    Defendants. | *Civil Action No.*: 15-CV-1345<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fatoumata Ouedraogo, by and through her undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendants Leopold Bonkoungou and Lucile Bonkoungou Ouedraogo.

Dated: New York, New York
September 30, 2015

Respectfully submitted,

By: _____

DECHERT LLP
Jeffrey A. Brown
Rebecca Kahan Waldman
Benjamin Rose
Negin Hadaghian
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Plaintiff Fatoumata Ouedraogo*